■ YVETTE HUFF, Respondent, v ANITA L. RODRIGUEZ, Formerly Known as ANITA L. ROSARIO, et al., Appellants. (Appeal

No. 1.) [844 NYS2d 923]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered April 25, 2006 in a personal injury action. The order granted plaintiff's motion to conform the pleadings to the amount of the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Green and Pine, JJ.